MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff MIKE TETREAULT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MIKE TETREAULT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS SHANAHAN DBA SHANAHAN'S AUTO BODY & PAINT, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01359-JAM-GGH<br><br>**ORDER RE REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed without prejudice and the matter is closed.

DATED:    10/29/2010

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com